NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHELIA WINSETT,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7180

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 12-784, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Shelia Winsett moves for reconsideration of the court's November 21, 2012 order denying her "Motion Notifying Court Secretary Shinseki Has Filed Notice of Appearance Under Perjury Illegal."  Winsett also submits a motion entitled "Asking Permission to File a Reply to

SHELIA WINSETT V. SHINSEKI                                              2

Respondent's Response to Motion Regarding Notice of Appearance."

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion for leave to file a reply is granted.

(2)  The motion for reconsideration is denied.


                                   FOR THE COURT


                                    /s/ Jan Horbaly
                                   Jan Horbaly
                                   Clerk

s26